*In re* Práctica de las Instituciones Financieras del País Referente al Uso del Notario como Agente de Cierres y Agente de Seguros de Título en los Mismos Casos en Que Actúan como Notario; Práctica de las Instituciones Financieras del País Referente a los Gastos y Honorarios Notariales Correspondientes en los Casos de Refinanciamiento de Propiedades Inmuebles.

*Número:* EM-2003-1        *Resuelto:* 6 de marzo de 2003

## ORDEN

Examinado el Informe Preliminar de la Directora de la Oficina de Inspección de Notarías, Lcda. Carmen H. Carlos, rendido el 7 de enero de 2003, en respuesta a la Orden EM–2002–5 emitida el 1ro de octubre de 2002, y tomando en consideración las denuncias adicionales hechas por varios notarios sobre las prácticas de las instituciones financieras en los asuntos de epígrafe, se determina la necesidad y conveniencia de ampliar el ámbito de la

investigación de dichas prácticas por entender que inciden, además, en la responsabilidad primordial de fiscalización y supervisión de las instituciones financieras que operan o hacen negocios en el Estado Libre Asociado de Puerto Rico,[1] y en el propósito primordial de vindicar e implementar los derechos del consumidor.[2]

Por lo anterior, se crea una Comisión Especial compuesta por el Comisionado de Instituciones Financieras, Hon. Antonio Padilla Cintrón, el Secretario del Departamento de Asuntos del Consumidor, Hon. Javier A. Echevarría Vargas, y la Directora de la Oficina de Inspección de Notarías del Tribunal Supremo de Puerto Rico, Lcda. Carmen Hilda Carlos, para realizar una investigación exhaustiva de las prácticas antes señaladas y rendir un informe que integre los hallazgos y las recomendaciones relacionados con sus respectivas áreas de competencia para hacer efectivos los propósitos de sus leyes y reglamentos, y el poder inherente de este Tribunal para regular la profesión de abogado y de notario. Los miembros de dicha comisión quedan por la presente facultados para determinar su organización, procedimiento y funcionamiento, a los fines del propósito de su creación. La presente sustituye la Orden de 1ro de octubre de 2002 y tendrá vigencia inmediata.

*Publíquese.*

Lo decreta y firma,

(*Fdo.*) José A. Andréu García
*Juez Presidente*

CERTIFICO:

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*

---

[1] Ley Núm. 4 de 11 de octubre de 1985, Ley de la Oficina del Comisionado de Instituciones Financieras, 7 L.P.R.A. sec. 2001 *et seq.*

[2] Ley Núm. 5 de 23 de abril de 1973, según enmendada, Ley Orgánica del Departamento de Asuntos del Consumidor, 3 L.P.R.A. sec. 341 *et seq.*